Clem's Cafe Liquor License Case.

Argued April 12, 1966. *Thomas J. Shannon,* Assistant Attorney General, with him *John E. Caputo* and *Charles M. Marshall,* Special Assistant Attorneys General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *George B. Stegenga,* for appellee.

Order affirmed.

MONTGOMERY, J., dissented.

WATKINS, J., absent.